AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Gianfranco Rondon | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Gianfranco Napolitano, Patricia Poleo, Jonathan Leon, Doral Newspaper LLC d/b/a Doral News and Doral News TV Inc. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gianfranco Napolitano
9600 NW 25 Street, # 2D
Doral, Fl. 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vazquez & Carballo, PA
Julisse Jimenez, Esq.
200 S. Biscayne Blvd., Suite 4310
Miami, Fl. 33131
jj@julissejimenez/com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ........................................

........................................
*Signature of Clerk or Deputy Clerk*