UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-21811-UU

GIANFRANCO RONDON,

    Plaintiff,

v.

GIANFRANCO NAPOLITANO *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On September 2, 2105, the Court granted the Defendants Motion to Dismiss the Amended Complaint and ordered the Plaintiff to file a Second Amended Complaint on or before September 8, 2015.  D.E. 40.  The Court cautioned Plaintiff that failure to file a Second Amended Complaint by September 8, 2015 would result in dismissal of the action without further notice.  *Id*.  As of September 9, 2015, a Second Amended Complaint has not been filed and therefore, Plaintiff has failed to comply with this Court's Order or take the necessary steps to prosecute this action.  Accordingly, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED and all pending motions are DENIED AS MOOT.

1

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of September, 2015September, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record